# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| CHARLES ELWOOD MULDOON | Case No.: 1-16-02967-HWV |
| TIA MARIE MULDOON | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**
Creditor Name: PNC BANK
Court Claim Number: 09
Last Four of Loan Number: 4821/PRE ARREARS/1565 EM ST
Property Address if applicable: 1565 ELM STREET, , LEBANON, PA17042

**PART 2: CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $868.35 |
| b. | Prepetition arrearages paid by the Trustee: | $868.35 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $3,534.30 |
| f. | Postpetition arrearages paid by the Trustee: | $3,534.30 |
| g. | Total b, d, f: | $4,402.65 |

**PART 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $884.66
Next postpetition payment due: SEPT 2021
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 30, 2021

Respectfully submitted,

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: PNC BANK
Court Claim Number: 09

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1167586 | 05/11/2017 | $92.90 | $0.00 | $92.90 |
| 5200 | 1169176 | 06/13/2017 | $526.95 | $0.00 | $526.95 |
| 5200 | 1181750 | 03/08/2018 | $56.78 | $0.00 | $56.78 |
| 5200 | 1183120 | 04/03/2018 | $56.76 | $0.00 | $56.76 |
| 5200 | 1186247 | 05/15/2018 | $101.43 | $0.00 | $101.43 |
| 5200 | 1187520 | 06/07/2018 | $33.53 | $0.00 | $33.53 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHARLES ELWOOD MULDOON  Case No.: 1-16-02967-HWV
TIA MARIE MULDOON  Chapter 13
       Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 30, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| LEONARD ZAGURSKIE, JR., ESQ<br>110 WEST MAIN AVENUE<br>1ST FLOOR<br>MYERSTOWN PA, 17067- | SERVED ELECTRONICALLY |
| PNC BANK<br>3232 NEWMARK DR<br>MIAMISBURG, OH, 45342 | SERVED BY 1ST CLASS MAIL |
| CHARLES ELWOOD MULDOON<br>TIA MARIE MULDOON<br>1565 ELM STREET<br>LEBANON, PA 17042 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 30, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com