United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Charles Elwood Muldoon  
Tia Marie Muldoon  
    Debtors

Case No. 16-02967-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 13, 2021      Form ID: 3180W      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles Elwood Muldoon, Tia Marie Muldoon, 1565 Elm Street, Lebanon, PA 17042-6532 |
| 4824494 | + | 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 4813288 | + | AES HIGH CLIFFS, 1200 N 7TH ST, HARRISBURG, PA 17102-1419 |
| 4813291 | + | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVENUE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 4813300 | + | US DEPT OF EDUCATION, 2401 INTERNATIONAL, MADISON, WI 53704-3121 |
| 4813299 | + | US DEPT OF EDUCATION, PO BOX 7860, MADISON, WI 53707-7860 |
| 4826347 | | US Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: RECOVERYCORP.COM | Oct 13 2021 22:48:00 | Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4813289 | + | EDI: AMEREXPR.COM | Oct 13 2021 22:48:00 | AMEX, CORRESPONDENCE, PO BOX 981540, EL PASO, TX 79998-1540 |
| 4827809 | | EDI: BECKLEE.COM | Oct 13 2021 22:48:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4813290 | + | EDI: TSYS2.COM | Oct 13 2021 22:48:00 | BARCLAYS BANK OF DELAWARE, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 4813292 | | EDI: CAPITALONE.COM | Oct 13 2021 22:48:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4813293 | + | EDI: CRFRSTNA.COM | Oct 13 2021 22:48:00 | CREDIT FIRST, ATTN BANKRUPTCY DEPT, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 4830733 | | EDI: CAPITALONE.COM | Oct 13 2021 22:48:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4846477 | | EDI: BL-BECKET.COM | Oct 13 2021 22:48:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4813294 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 13 2021 18:44:00 | KOHLS CAPITAL ONE, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 4813295 | + | Email/Text: bk@lendingclub.com | Oct 13 2021 18:44:00 | LENDING CLUB, 71 STEVENSON STREET, SUITE300, SAN FRANSICO, CA 94105-2985 |
| 4813296 | + | Email/Text: bk@lendingclub.com | Oct 13 2021 18:44:00 | LENDING CLUB CORP, 71 STEVENSON ST STE 300, SAN FRANCISCO, CA 94105-2985 |
| 4813297 | + | Email/Text: unger@members1st.org | Oct 13 2021 18:44:00 | MEMBERS FIRST CREDIT UNION, 5000 LOUISE DRIVE, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 4857515 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2021 18:44:00 | PNC Bank, N.A., 3232 Newmark Drive, |

| | | | |
|---|---|---|---|
| | | | Miamisburg, OH 45342 |
| 4813298 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2021 18:44:00 | PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 4858402 | EDI: PRA.COM | Oct 13 2021 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4829631 | EDI: RECOVERYCORP.COM | Oct 13 2021 22:48:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 2 Tia Marie Muldoon lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Charles Elwood Muldoon lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com |
| Nicole Bernadette LaBletta | on behalf of Creditor PNC Bank National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Nicole Bernadette LaBletta | on behalf of Creditor PNC Bank N.A. nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Charles Elwood Muldoon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9231<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tia Marie Muldoon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2905<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–02967–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles Elwood Muldoon          Tia Marie Muldoon

**By the court:** *[signature]*

10/13/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**