United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-02967-HWV |
| Charles Elwood Muldoon | Chapter 13 |
| Tia Marie Muldoon | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 24, 2021 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles Elwood Muldoon, Tia Marie Muldoon, 1565 Elm Street, Lebanon, PA 17042-6532 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021                    Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Charles Elwood Muldoon lzaglaw.usa@startmail.com  lzaglaw.usa@startmail.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 2 Tia Marie Muldoon lzaglaw.usa@startmail.com  lzaglaw.usa@startmail.com |
| Nicole Bernadette LaBletta | |

| | | |
|---|---|---|
| Nicole Bernadette LaBletta | on behalf of Creditor PNC Bank | National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Nicole Bernadette LaBletta | on behalf of Creditor PNC Bank | N.A. nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank | National Association bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank | N.A. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles Elwood Muldoon, **Debtor 1** | Chapter 13 |
| Tia Marie Muldoon, **Debtor 2** | Case No. 1:16−bk−02967−HWV |

Social Security No.:
    xxx−xx−9231    xxx−xx−2905

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 24, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

**fnldec** (10/20)